IN the United States District Court
For the District of Minnesota

Kamil H. JOHNSON )
petitioner ) Case NO. 05-848-(JMR)
)
V. ) CR02-13JMR/FLN
U.S. of America )

Motion Requesting Extension of Time

Comes now, Kamil H. JOHNSON and respectfully Request this Court for Exension of time for 10 days, to respond to the Government's respone to my 2255.

The reason for this motion is, that I did not recieve the Government's response until 6-23-05 and this is documented in the Unit teams log book for legal Mail in Which Me and my Counselor signed for. ON 6-24-05 I Was Notified that I had to pack out all of my property to be transferred to the Penitentary in Terre Haute, IND. I am scheduled to leave anyday, I have none of my legal materials to properly respond. I will notify the Clerk of the Court of my address change as soon as I'm in Terre Haute.

Respectfully Submitted on
Date: 6-27-05
by: Kamil H. JOHNSON
KJ H Jo

RECEIVED
BY MAIL
JUN 30 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUL 01 2005
US DISTRICT COURT ST. PAUL