# Certificate of Service

I, Kamil H. Johnson, Certify that I sent first class mail, postage prepaid from the legal Mail Box at U.S.P. Leavenworth one copy of my motion "Requesting Extension of Time"

On this Date 6-27-05

Respectfully Submitted,

[signature]

Kamil Johnson.

RECEIVED
BY MAIL
JUN 30 2005
CLERK, US DIST. COURT
ST. PAUL, MN