# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
JUL 11 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUL 11 2005
U.S. DISTRICT COURT ST. PAUL

Kamil H. Johnson, ) Criminal No. 02-13 (3) JMR/ESS
Petitioner )
V. ) Civil No. 05-848 (JMR)
)
United States of America, ) Petitioner's Reply to
Respondent. ) Government's Response

Petitioner's Reply To Government's Response To § 2255 Motion to Vacate, Set Aside or Correct Sentence

Comes now, Petitioner Kamil H. Johnson, pro se and respectfully submits this "Reply" to the government's response to Petitioner's 2255 motion, and states as follows:

1. ON April 28th, 2005 Petitioner's 2255 was filed with this Honorable Court.
2. Respondent was ordered to show cause by June 13th, 2005 to Petitioner's 2255.
3. ON June 23rd, 2005 Petitioner recieved the respondent's response at the federal Penitentary, Leavenworth, Kansas.
4. Petitioner Now submits this "Response to the Government's Response" to wit:
5. Petitioner by reference incorporates the issues presented in my original 2255 along with the issues of this reply
6. Petitioner states that, again I request this court hold a evidentiary hearing, for the taking of evidence for the disputed facts of this 2255 motion.

7. The Respondent's response stated that Petitioner is charged with a Valid law - But the greatest evidence of true law is that which bears an enacting Clause. A Federal law requires an enacting clause to make it a law Coming from the authorized source, which in this case would be Congress. 18 U.S.C. 1959 (a)(1) is unnamed it shows no sign of authority; it carries no evidence that Congress or any other lawmaking power is responsible for it.

8. Is 18 U.S.C. 1959 (a)(1) an act of Congress? Where is the Congressional enacting Clause for this law as required by 61 Statutes at Large 633, 634 §101? If No such Clause appears on the face of the law, it is not an act of Congress. Therefor the indictment in this case is fatally defective because it does not set forth a case arising under the Constitution, as there is no act of Congress with a duly required enacting Clause. Thus there is NO SUBJECT MATTER JURISDICTION pursuant to the federal Judicial power defined in Art III, §2 of the Constitution.

9. Petitioners right of review under section 702 of title 5 U.S.C. Clearly shows this petitioner, "is entitled to judicial review", where an agency, or officer, or employee acted or failed to act in an official capacity or under Color of legeal authority; such action shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. Section 703

of title 5, U.S.C. shows, "in the absence or inadequacy thereof, any applicable form of legal action, including actions for declaratory judgements or writs of prohibitory or mandatory injunction or habeas Corpus" can be had in a court of competent jurisdiction. Section 704 of title 5 U.S.C. Shows --- "Agency action [redacted] made reviewable by statute and final agency action for which there is no other adequate remedy in a court are subject to judicial review." Section 705 of title 5, U.S.C. presents --- "On such conditions as may be required and to the extent necessary to prevent irreparable injury, the reviewing court, including the court to which a case may be taken on appeal from or on application for Certiorari or other writ to a reviewing court, may issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights pending conclusion of the review proceedings." Section 706 of title 5, U.S.C shows scope of review: Quoted in its entirety; To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpet constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall —

(1) Compel agency action unlawfully withheld or unreasonably delayed; an

(2) hold unlawful and set aside agency action,

findings, and conclusions found to be—
(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;
(B) Contrary to Constitutional right, power, privelege, or immunity;
(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;
(D) Without observance of procedure required by law;
(E) Unsupported by substantial evidence in a case subject to sections 556 and 557 of this title or otherwise reviewed on the record of an agency hearing provided by statute; or
(F) unwarranted by the fact to the extent that the facts are subject to trial de novo by the reviewing court.
IN making the foregoing determinations, the court shall review the whole record or those parts of it cited by a party, and due account shall be taken of the rule of prejudicial error.
(Pub. L. 89-554, sept. 6, 1966, 80 Stat. 393)

10. Issue Two of this 2255 is a challenge to What specific delegation of Congressional authority under which the "Agent(s)" of the Fiction "Agency" Were lawfully empowered to act in an "Alter ego" capacity on behalf of either, the corporate United States, or the agency thereunder, know as the United States of America to make use of federal statutory subsection(s) to charge me; to operate and act beyond the legislative jurisdiction of the federal Congress; and to make Commecial [27 C.F.R. § 72.11] claim(s) over and against

an ENS LEGIS for allegedly offending "Un-enacted," "Un-promulgated", and "Un-implemented" statutory sub-section(s).

11. For the record of this court, I Kamil Hakeem Johnson am not a fiduciary for any corporate sole established by the Corporation of the District of Columbia, I am not a fiduciary for any resident, any inhabitant, or any person of the United States or of the State of Minnesota. Under Rule 10(a) if they want to make me a party to this action, they have to amend their documents and name me specifically in my true name as a Co-party.

12. Under Rule 8. of section 2254 and section 2255 Cases, recognizing the expanded record in Rule 7. (ie. Affidavits), the standard set down in Townsend (Townsend V. Sam, 372 U.S. 293, 319 (1963)) for determining when a hearing in the federal habeas proceeding is mandatory, is this: Where the facts are in dispute, The federal court in habeas corpus must hold an evidentiary hearing in a state court, either at the time of the trial or in a collateral proceeding. Plain error is found in Rule 103. Rulings on Evidence., at subsection (d) tied to Rule 52 (b) of F.R.Cr.P. It says, Nothing in this rule precludes taking notice of plain errors affecting substantial rights although they were not brought to the attention of the court. And Rule 104 show the exception with respect to privileges. Affidavits are admitted as stated in the Advisory Committee Notes, and Rule 56 provides in detail for the entry of Summary judgements based on Affidavits.

## Conclusion

For the above stated reasons, the respondent's response is off balanced to the issues supported in my original 2255, and this reply has stated claims upon which relief can be granted. The Government has failed to show that it established jurisdiction to even bring this cause of action before this Court.

The Court case Harris V. Nelson, 394 U.S. 286, 22 L.Ed, 2d 281, 89 S.ct. 1082, shows pre eminent role 4. of habeas corpus in the United States Constitution at Article I, § 9, Clause 2, recognizes the pre-eminent role of the writ, the fundamental instrument for safeguarding individual freedom against arbitrary and lawless action. At 7. quoted, "There being no higher duty of a court, under our Constitutional system, than the careful processing and adjudication of petitions for writs of habeas corpus, the power of inquiry on federal habeas corpus is plenary, and petitioners in habeas corpus proceeding are entitled to a full opportunity for presentation of the relevant facts.

As Blackstone phrased it, habeas corpus is "the great and efficacious writ, in all maner of illegal confinment!"[2] Footnote 2: 3 W. Blackstone, Commentaries 1131 (Lewis ed. 1902).

Habeas corpus cuts through all forms and goes to the very tissue of the structure. It comes in from the outside ... and although every form may have been preserved opens the inquiry whether they have been more than an empty shell."

The 2255 Claims submitted by this petitioner, are claims that violate the Constitution of the United States, and the strict barrierers of the United states jurisdictional parameters, making this petitioner in custody in violation of the Constitution of the United States, warranting either the granting of this 2255 or granting a evidentiary hearing for judicial notice of adjudicated facts.

Respectfully Submitted,

Kamil Johnson

Dated: July 5, 2005

Certificat of Service

I, petitioner Kamil Hakeem Johnson certify that on this 5th day of July, 2005, I mailed three true copys of, Petitioners Reply to Government's response, first class mail, with return recipt from the federal Penitentary at Terre Haute, IND to:

The Clerk of the Court
316 N. Robert Street
St. Paul, Minnesota
55101

Respectfully submitted:

Kamil Johnson

P.O. Box 12015
Terre Haute, IND 47801