CR02-13(3)
JMR/ESS

# Affidavit of Specific Negative Avertment

One living, sentient, freewill, natural man know as Kamil Hakeem Johnson, Hereinafter "One", acting with rights granted by life and upheld by all valid and just law declares and attest that the following facts are true, correct, and complete to the best of one's knowledge and in accord with one's deeply held spiritual convictions and creed re God Almighty.

One issues this Affidavit of Special Negative Avertment hereinafter "Affidavit" on the basis that each and every party acting against one in any maner purports to be acting in an official capacity.

One denies that any of the below-named, undefined, and unproved beings/entities/persons/corporations/associations/trust/unincorporated associations/unlimited partnerships/whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party.

KAMIL HAKEEM JOHNSON
PROSECUTOR, JEFFREY PAULSEN I.D. NO. 144332
UNITED STATES ATTORNEY, THOMAS B. HEFFELFINGER
UNITED STATES OF AMERICA
THE GOVERNMENT OF THE UNITED STATES
UNITED STATES GOVERNMENT
COUNTY OF RAMSEY
ALL BAR ASSOCIATIONS
ALL SUB AGENCIES AND DIVISION OF ALL THE ABOVE ENTITIES

RECEIVED BY MAIL
JUL 11 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUL 11 2005
U.S. DISTRICT COURT ST. PAUL

The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with whom, how, and why, rendering any such proceedings, and all matters corrected therewith and pertaining thereto void for vagueness as per 46 Am Jur 2d. Judgements:

700. Parties, A judgement should identify the parties for and against whom it is rendered, with such certainty that it may be readily enforced, and a judgement which does not do so may be regarded as void for uncertainty...

This Affidavit Constitutes a "specific negative averment" in accordance with Federal Rules of Civil Procedure Rule 9(a) re alleged "United States of America Indictment # 02-13(3)(JMR/ESS)"; allegedly involving some undefined and unproved beings/entities/persons/corporations/associations/trust/limited partnerships/unincorporated associations/whatever referenced as "UNITED STATES OF AMERICA", hereinafter Fictional Agency, "CLAIMANT, hereinafter fictional Claimant and KAMIL HAKEEM JOHNSON, hereinafter Fictional Debtor", whereby One declares and asserts absolutly that:

1. None of the above-enumerated all-capital letter assemblages of letter exists and is solvent.

2. One is None of said all-capitol letter assemblages of letters, i.e. not fictional Agency, not fictional Claimant and not fictional Defendant, and is therefore a Non-party to United States of America Indictment #

<u>02-13(3)(JMR/ESS)</u>.

3. One's true name is Kamil Hakeem Johnson and not KAMIL HAKEEM JOHNSON.

4. One's rank is that of unlimited-liability, living, sentient being with all absolute, unalienable rights, and power to uphold said rights, intact.

5. One's standing in law is that of a Sovereign inhabitant on the soil of the land commonly referenced as "Minnesota".

6. All assertions that one is a party to any proceeding Concerning United States of America Indictment # <u>02-13(3)(JMR/ESS)</u> are null and void and of no force and effect ab initio. One is not a party to an imaginary dispute between non-existent and non-appearing entities.

7. United States of America Indictment # <u>02-13(3)(JMR/ESS)</u> must be abated ab initio.

8. Fictional Agency and fictional Claimant do not posses, and can never posses, jurisdiction over one, nor One's property, nor One's rights, and the issue of jurisdiction cannot be waived. <u>United States v. Griffin</u>, 303 U.S. 226, 229, 58 S.ct. 601, 82 L.Ed 764 (1938).

9. The record must be corrected re this matter immediately.

10. All parties whatsoever are estopped henceforth from acting against any of One's rights and property in any manner re this matter.

Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this court record or be in default hereof. Said default

establishes on the record the confession and consent of Judgement by every man and woman acting adversly concerning One in any manner that:

1. None of the all capitol-letter beings/entities/persons/trust/corporations/associations/unincorporated associations/limited partnerships/whatever referenced herein exists, is solvent, processes "capacity to sue and be sued ... or sue and be seed in a representative capacity;" and can appear in court re this instant matter, whereby United States of America Indictment # 02-13(3)/JMR/ESS) does not exist ab initio and fictional Agency has no jurisdiction over the non-existant cause, the non-existant parties, and the non-existant thing.

2. Any man or woman who is in default hereof who continues to act against One in any maner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction

3. One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against One by any party who admits and confesses by default to be devoid of all right, authority, and official immunity.

The Undersigned Affiant, Kamil Hakeem Johnson, i.e. "One", does herewith assert and declare on One's unlimited liability that one issues this Affidavit of Specific Negative Averment with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and-

 

Complete in accordance with One's knowledge, understanding, and sincerely held spiritual convictions and creed.

Respectfully:
Kamil H. Johnson

Date: July 5, 2005

X [signature]

TAMMY BANKSTON
NOTARY PUBLIC STATE OF INDIANA
VIGO COUNTY
MY COMMISSION EXP. JUNE 29,2007

X Tammy Bankston
Notary Public
7/5/05