RECEIVED
BY MAIL
OCT 2 6 2005
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Kamil Johnson,
Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

C.A. No. CR02-13JMR/FLN
Appeal from the United States District Court for the District of Minnesota,

Civil No. 05-848 (JMR)

Motion to File a Certificate of Appealability.

Now comes the undersigned pro-se Petitioner Kamil Johnson "Petitioner", and hereby petitions this Honorable Court to serve as a notice to File a petition for Certificate of Appealability. Petitioner prays this Honorable Court keep in mind of petitioners pro-se status.

SCANNED
NOV 0 1 2005
U.S. DISTRICT COURT ST. PAUL

Certificate of Service

I, hereby certify that a true Correct Copy of the foregoing was served, via U.S. Mail, postage fully paid, on this 23rd day of October, 2005, on the Clerk of the court

Kamil Johnson

RECEIVED
OCT 3 1 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
OCT 26 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

RECEIVED
OCT 2 8 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN