RECEIVED BY MAIL
OCT 26 2005
U. S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Kamil Johnson,
Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

C.A. No. CR02-13 JMR/FLN
Appeal from the United States District Court for the District of Minnesota,

Civil No. 05-848 (JMR)

# Notice of Appeal

## Motion to File a Certificate of Appealability.

Now comes the undersigned pro-se Petitioner Kamil Johnson "Petitioner", and hereby petitions this Honorable Court to serve as a notice to File a petition for Certificate of Appealability. Petitioner prays this Honorable Court keep in mind of petitioners pro-se status.

SCANNED NOV 01 2005 U.S. DISTRICT COURT ST. PAUL

## Certificate of Service

I, hereby certify that a true correct copy of the foregoing was served, via U.S. Mail, postage fully paid, on this 23rd day of October, 2005, on the Clerk of the court

Kamil Johnson

RECEIVED OCT 31 2005 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA
RECEIVED OCT 26 2005 U. S. COURT OF APPEALS EIGHTH CIRCUIT
RECEIVED OCT 28 2005 U.S. COURT OF APPEALS EIGHTH CIRCUIT-ST. PAUL, MN