# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-3995

| | | |
|---|---|---|
| Kamil Hakeem Johnson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| United States of America, | * | |
| | * | CR02-13JMR/ESS |
| | * | |

Before ARNOLD, *McMILLIAN, and COLLOTON, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

January 25, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

* The Honorable Theodore McMillian died on January 18, 2006. This judgment is being filed by the remaining judges of the panel pursuant to 8th Cir. Rule 47E.

SCANNED
MAR 27 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans